IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LA-QUN RASHEED WILLIAMS,<br><br>         *Plaintiff,*<br><br>    v.<br><br>STICKNEY, et al.,<br><br>         *Defendants.* | CIVIL ACTION<br>NO. 22-214 |

## ORDER

**AND NOW**, this 31st day of July, 2025, upon consideration of the Defendants' Motion for Summary Judgment, (ECF No. 102), Plaintiff's Response, (ECF No. 105), and the parties' supplemental briefing, (ECF Nos. 114 and 120), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** as follows:

1. Williams's First Amendment retaliation claim against Defendants Booher and Marsh is **DISMISSED without prejudice**.

2. Williams's First Amendment retaliation claim against Defendants Stickney, Luquis, Grenevich, Terra and Sorber is **DISMISSED without prejudice**.

3. Judgment shall be entered in favor of Defendants Stickney, Luquis, Grenevich, Terra and Sorber as to the procedural due process claim.

4. Judgment shall be entered in favor of Defendant Wetzel as to the Eighth Amendment claim.

The Clerk of Court is **DIRECTED** to **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.